UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-176(JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| CHRISTOPHER JOHN CONNER, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

00-176(JMR)

<u>Defendant Name</u>

Christopher John Conner

<u>Remove AUSA</u>

James E. Lackner

<u>Add AUSA</u>

Frank J. Magill, Jr.

Dated: November 2, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney
Attorney ID No. 59298