**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 00-176 JMR/FLN |
| v. | ) | Date: 11/07/06 |
| | ) | Court Reporter: None |
| Christopher John Conner, | ) | Tape Number: 24/2724-3171 |
| | ) | Time Commenced: 11:20 a.m. |
| Defendant. | ) | Time Concluded: 11:30 a.m. |
| | | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: Joe Dixon, Assistant U.S. Attorney
Defendant: Manny Atwal,
√ To be appointed

Interpreter / Language: none/English

Date Charges Filed: 10/31/06 Offense: Violation of Supervised Release
√ Waived Reading of Charges √ Advised of Rights

on Violation of √ Supervised Release

√ Government moves for detention.
Motion is √ granted, temporary detention ordered.

Next appearance date is **Wednesday, November 8, 2006** at **10:30 a.m.** before U.S. Magistrate Judge Noel for:
√ detention hrg √ preliminary revocation

Additional Information:

s/AR
Criminal Duty Clerk