**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: Franklin L. Noel |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 00-176 JMR/FLN |
| | ) | Date: 11/08/06 |
| Christopher John Conner, | ) | Court Reporter: Dawn M.H. Hansen |
| | ) | Tape Number: N/A |
| Defendant. | ) | Time Commenced: 10:35 a.m. |
| | | Time Concluded: 10:50 a.m. |
| | | Time in Court: 15 Minutes |

√ **PRELIMINARY REVOCATION / DETENTION HRG**

APPEARANCES:

Plaintiff: Frank Magill, Assistant U.S. Attorney
Defendant: Kate Menendez
√ FPD

Interpreter / Language: none/English

On Violation of √ **Supervised Release**

√ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.

√ Counsel to contact District Court Judge's Chambers for Final Revocation Hearing.

Additional Information:
Government withdrew detention motion. Defendant waived preliminary revocation hearing. Counsel to contact Judge Rosenbaum's chambers for final revocation hearing date.

s/AR
Signature of Criminal Duty Clerk