A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
NOV 14 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-176 JMR/FLN**
0741-1031-0098-D

Christopher John Conner

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Christopher John Conner

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: James M. Rosenbaum, United States District Court Chief Judge.

(By) Jackie Ellingson, Deputy Clerk

October 31, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 11-6-06
ARRESTED BY St. Paul PD
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
NOV 15 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04