**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Christopher John Conner,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 00-176 JMR/FLN |
| Date: | February 14, 2007 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 10:54 a.m. |
| Time in Court: | 24 Minutes |

## APPEARANCES:

Plaintiff: Andrew Winter, Assistant U.S. Attorney
Defendant: Kate Menendez : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant to voluntarily surrender by February 28, 2007.
: Defendant is sentenced to: Custody of BOP for 365 days; supervised release will be terminated upon release from custody
: Written order to be issued.

s/Heather Labat
Calendar Clerk