AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**Christopher John Connor**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-CR-176 (JMR)**
USM Number: **09486-041**
Social Security Number: **9628**
Date of Birth: **1966**

**Katherine Menendez**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of a mandatory condition of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory condition to not commit any federal, state, or local crime. | Arrested for felony possession of a controlled substance | August 8, 2006 |

**The defendant is sentenced as provided in page 2 of this judgment**. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**February 14, 2007**
Date of Imposition of Judgment

s/ James M. Rosenbaum
Signature of Judge

**JAMES M. ROSENBAUM**, United States Chief District Judge
Name & Title of Judge

February 16, 2007
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: CHRISTOPHER JOHN CONNOR
CASE NUMBER: 00-CR-176 (JMR)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **1 year**. The defendant is given credit for time served.

[**X**] The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends service of sentence at the Federal Correctional Facility in Duluth, Minnesota.**

[] The defendant is remanded to the custody of the United States Marshal.

[**X**] The defendant shall surrender to the United States Marshal for this district.
[**X**] no later than 2:00 p.m. on **February 28, 2007**.
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________________ to ______________________________

at ______________________, with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal